# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

IN THE INTEREST OF M.O.

NO. 2020 KW 0241

**March 6, 2020**

---

In Re:    M.O., applying for supervisory writs, Juvenile Court, Parish of East Baton Rouge, No. 114542.

---

**BEFORE:    McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.**

**JMM**
**MRT**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT